**DISMISS; and Opinion Filed August 23, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00818-CV

**DAVID WORK, Appellant**
**V.**
**PAMELA WORK, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-04741**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Carlyle
Opinion by Justice Molberg

Appellant appeals from the trial court's order granting a motion for partial summary judgment. The Court questioned its jurisdiction over this appeal as there does not appear to be a final judgment. At the Court's request, the parties filed letter briefs addressing the jurisdictional issue.

Generally, appellate courts have jurisdiction only over appeals from final judgments. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all parties and claims. *See id.*

In appellee's original petition for post-divorce division of property, she sought division of $67,295.64 and attorney's fees. Appellant filed a counter-petition requesting his attorney's fees as sanctions. Appellee filed a motion for partial summary judgment requesting that the trial

court find that the $67,295.64 is an undivided community asset. The trial court granted the motion. The order does not state how the $67,295.64 will be divided and does not dispose of the parties' claims for attorney's fees. Nothing in appellant's letter brief establishes this Court's jurisdiction.

Because the division of the monetary asset and claims for attorney's fees remain pending, the order is not final. Accordingly, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Ken Molberg/
KEN MOLBERG
JUSTICE

190818F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DAVID WORK, Appellant

No. 05-19-00818-CV     V.

PAMELA WORK, Appellee

On Appeal from the 254th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-19-04741.
Opinion delivered by Justice Molberg.
Justices Myers and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee PAMELA WORK recover her costs of this appeal from appellant DAVID WORK.

Judgment entered this 23rd day of August, 2019.